UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Donald Bruce, | Court File No. 17-cv-00557-PJS-SER |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| United of Omaha Life Insurance Company, | |
| Defendant. | |

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed without prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal without prejudice may be entered in the above-entitled action pursuant hereto.

Dated: September 13, 2017

FIELDS LAW FIRM

By: s/Merrick Williams
Merrick Williams          Reg. No. 0300664
Stephen Fields            Reg. No. 0276571
701 Washington Avenue North, Suite 300
Minneapolis, MN  55401
Telephone:  612-370-1511
merrick@fieldslaw.com
steve@fieldslaw.com

ATTORNEYS FOR PLAINTIFF DONALD BRUCE

121756689v1 0996095

-2-

Dated:   September 13, 2017

        SANFORD, PIERSON, THONE & STREAN, PLC

By:   s/ Jeffrey W. Thone
      Jeffrey W. Thone (#200232)
      1905 E. Wayzata Blvd., # 220
      Wayzata, MN 55391
      952-404-2100
      ATTORNEYS FOR DEFENDANT UNITED
      OF OMAHA LIFE INSURANCE COMPANY

121756689v1 0996095