UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DONALD BRUCE,   Case No. 17-CV-0557 (PJS/SER)

    Plaintiff,

v.   ORDER OF DISMISSAL

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on September 13, 2017 [ECF No. 12],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.

Dated: September 14, 2017    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge